UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re: IDINER ENTERPRISES, LLC § Case No. 2:15-bk-23330-WB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David M. Goodrich, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $1,940,952.44 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $264,881.93 | |

3) Total gross receipts of $ 2,205,834.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,205,834.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,590,000.00 | $1,803,587.40 | $1,803,587.40 | $1,803,587.40 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 265,531.85 | 264,881.93 | 264,881.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 15,000.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 1,642.09 | 1,642.09 | 1,642.09 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 930,616.45 | 696,301.31 | 460,645.31 | 135,722.95 |
| **TOTAL DISBURSEMENTS** | $2,535,616.45 | $2,767,062.65 | $2,530,756.73 | $2,205,834.37 |

4) This case was originally filed under Chapter 11 on August 25, 2015 and it was converted to Chapter 7 on April 06, 2016. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2018          By: /s/David M. Goodrich
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3215 E. Gage Ave., Huntington Park CA 90255 | 1110-000 | 2,201,910.85 |
| Return of legal fees | 1229-000 | 3,923.52 |
| **TOTAL GROSS RECEIPTS** | | **$2,205,834.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Alex Ghafourt | 4110-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First General Bank | 4110-000 | 1,300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Melvin Madrazo | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Raul Lopez | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| | First General Bank | 4110-000 | N/A | 1,440,935.91 | 1,440,935.91 | 1,440,935.91 |
| | First General Bank | 4110-000 | N/A | 49,428.36 | 49,428.36 | 49,428.36 |
| | First General Bank | 4110-000 | N/A | 62,136.99 | 62,136.99 | 62,136.99 |
| | Alex Ghafouri | 4120-000 | N/A | 251,086.14 | 251,086.14 | 251,086.14 |
| **TOTAL SECURED CLAIMS** | | | **$1,590,000.00** | **$1,803,587.40** | **$1,803,587.40** | **$1,803,587.40** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - David M. Goodrich | 2100-000 | N/A | 89,425.03 | 89,425.03 | 89,425.03 |
| Trustee Expenses - David M. Goodrich | 2200-000 | N/A | 475.70 | 475.70 | 475.70 |
| Attorney for Trustee Fees (Trustee Firm) - Sulmeyer Kuptez | 3110-000 | N/A | 39,746.00 | 39,746.00 | 39,746.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Sulmeyer Kuptez | 3120-000 | N/A | 136.89 | 136.89 | 136.89 |
| Accountant for Trustee Fees (Trustee Firm) - LEA Accountancy, LLP | 3310-000 | N/A | 8,645.50 | 8,645.50 | 8,645.50 |
| Other - LEA Accountancy, LLP | 3420-000 | N/A | 292.47 | 292.47 | 292.47 |
| U.S. Trustee Quarterly Fees - United States Trustee- Los Angeles | 2950-000 | N/A | 649.92 | 0.00 | 0.00 |
| Other - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 1,706.08 | 1,706.08 | 1,706.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - International Sureties LTD | 2300-000 | N/A | 1.92 | 1.92 | 1.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - A & A Escrow Services Inc. | 3510-000 | N/A | 66,000.00 | 66,000.00 | 66,000.00 |
| Other - Owner Title Insurance | 2500-000 | N/A | 3,430.00 | 3,430.00 | 3,430.00 |
| Other - Messenger fee | 2500-000 | N/A | 45.00 | 45.00 | 45.00 |
| Other - Sub escrow fee | 2500-000 | N/A | 62.50 | 62.50 | 62.50 |
| Other - Wire fee | 2500-000 | N/A | 15.00 | 15.00 | 15.00 |
| Other - Recording order fee | 2500-000 | N/A | 33.00 | 33.00 | 33.00 |
| Other - Recording sub and recons (3) | 2500-000 | N/A | 168.00 | 168.00 | 168.00 |
| Other - Transfer Tax | 2500-000 | N/A | 2,420.00 | 2,420.00 | 2,420.00 |
| Other - Defaulted taxes good through November | 2820-000 | N/A | 32,239.14 | 32,239.14 | 32,239.14 |
| Other - 1st half 2016-2017- Tax collector | 2820-000 | N/A | 7,817.12 | 7,817.12 | 7,817.12 |
| Other - 1099 Processing | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Drawing document fee | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Messenger/Fedex fee | 2500-000 | N/A | 24.13 | 24.13 | 24.13 |
| Other - File archive fee | 2500-000 | N/A | 29.00 | 29.00 | 29.00 |
| Other - Escrow fee | 2500-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 100.82 | 100.82 | 100.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 385.20 | 385.20 | 385.20 |
| Other - Franchise Tax Board | 2820-000 | N/A | 7,515.00 | 7,515.00 | 7,515.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 453.38 | 453.38 | 453.38 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 408.27 | 408.27 | 408.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 386.78 | 386.78 | 386.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $265,531.85 | $264,881.93 | $264,881.93 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hernandez Legal Group | 6210-000 | N/A | 0.00 | | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | FRANCHISE TAX BOARD | 5800-000 | N/A | 1,642.09 | 1,642.09 | 1,642.09 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,642.09 | $1,642.09 | $1,642.09 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -4 | Internal Revenue Service | 7100-000 | 27,116.45 | 7,690.06 | 7,690.06 | 7,690.06 |
| 3U | FRANCHISE TAX BOARD | 7100-000 | N/A | 390.13 | 390.13 | 390.13 |
| 6 | Alex Ghafouri | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| 7 | Alex Ghafouri | 7100-000 | N/A | 15,420.72 | 15,420.72 | 15,420.72 |
| 8 | Alex Ghafouri | 7100-000 | N/A | 78,233.20 | 78,233.20 | 78,233.20 |
| 9U | THOMAS V. FOSMIRE | 7100-000 | 250,000.00 | 235,656.00 | 0.00 | 0.00 |
| 12 | EUFEMIA GUITERREZ | 7200-000 | 28,500.00 | 7,775.18 | 7,775.18 | 736.31 |
| 13 -2 | Idelsis Geldhof aka Idelsis Sanchez | 7200-000 | 100,000.00 | 116,145.37 | 116,145.37 | 10,998.95 |
| 14 -2 | Narciso I Sanchez | 7200-000 | 225,000.00 | 199,990.65 | 199,990.65 | 18,939.08 |
| 15 | Miguel Rascon | 7200-000 | N/A | 20,000.00 | 20,000.00 | 1,894.00 |
| 16 | Luz Minelba Aceveda-Castro | 7200-000 | N/A | 15,000.00 | 15,000.00 | 1,420.50 |
| NOTFILED | First General Bank | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Victor Ortiz & Associates | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $930,616.45 | $696,301.31 | $460,645.31 | $135,722.95 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:15-bk-23330-WB  
**Case Name:** IDINER ENTERPRISES, LLC  

**Period Ending:** 05/16/18

**Trustee:** (001790) David M. Goodrich  
**Filed (f) or Converted (c):** 04/06/16 (c)  
**§341(a) Meeting Date:** 05/02/16  
**Claims Bar Date:** 08/01/16  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 3215 E. Gage Ave., Huntington Park CA 90255 | 3,000,000.00 | 611,910.85 | | 2,201,910.85 | FA |
| 2 | Return of legal fees  (u) | 0.00 | 3,923.52 | | 3,923.52 | FA |
| 2 | Assets Totals (Excluding unknown values) | **$3,000,000.00** | **$615,834.37** | | **$2,205,834.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

converted ch. 11

Period ending December 31, 2017- The final report was submitted on August 24, 2017.  The final report hearing was held on  December 31, 2017, and the final report was approved by the court on December 19,  2017.   The trustee has disbursed all funds and once all checks have cleared and the trustee receives the bank statement showing a zero balance, he will submit the final distribution report.

Current period-  All assets have been administered the trustee   will proceed to close the case.

The trustee has received the claim with Alex Ghafouri, Mr.   Ghafour will get paid on claim number 7 $15,420.72 which   represent she default amount minus the $200,000 he was paid   through escrow. As  to claim number 8, Mr. Ghafouri will receive   $78,233.20 which represents $53,233 plus $75,000 for attorney   fees of which $50,000 was paid through escrow.

On July 19, 2017 the trustee a motion objecting to Claim 9  the  claim was not secured by property of the debtor.  The court  disallowed the in it's entirely, the order was entered on August  30,  2017.

Estate returns have been prepared, the tax clearance letter has   been received.

The trustee does not anticipate amending the ETFR date.

Period ending December 31, 2016- The case was originally filed   under chapter 11.  On  April 6, 2016, the case was converted to   chapter 7.  The trustee reviewed  the  petition/schedules and   determine the only asset with significant value to the estate is   real  property located 3215 E. Gage Ave., Huntington Park,  California  90255.  The trustee employed counsel Sulmeyer Kuptez  [Dkt. 130]  to assist him with the sale of the property, and anyy other  issues which may arise. The Debtor listed on Schedule B a fee  simple interest in the property with a value of $3,000,000.00, and a  secured  claim of $1,590,000.00.   The trustee received an offer of $2.2  million which was higher than any other offer received.  On July  11, 2016, the trustee filed a motion to approve the sale of the real property [Dkt. 150]  The court approved the motion to sell on August 16, 2016 [Dkt. 157].  There is a pending issue with lien holder Alex Ghafouri relating to his secured payoff.  The trustee is attempting to resolve this matter.  If the matter is not resolve, the trustee will file an objection to the claim of Mr. Ghafouri.

The trustee has not concluded his review of the claims.

The trustee has employed LEA Accountancy [Dkt. 141] as the  accountant to the estate. Once the funds are received, the trustee will have the accountants prepare the returns.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 2:15-bk-23330-WB  
**Case Name:** IDINER ENTERPRISES, LLC  

**Trustee:** (001790) David M. Goodrich  
**Filed (f) or Converted (c):** 04/06/16 (c)  
**§341(a) Meeting Date:** 05/02/16  

**Period Ending:** 05/16/18  
**Claims Bar Date:** 08/01/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

The trustee anticipates submitting the final report no later than November 30, 2017.

**Initial Projected Date Of Final Report (TFR):** November 30, 2017    **Current Projected Date Of Final Report (TFR):** August 24, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 2:15-bk-23330-WB | Trustee: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | IDINER ENTERPRISES, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******2766 - Checking Account |
| Taxpayer ID #: | **-***8330 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/16/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/26/17 | {2} | First General Bank | Refund Idiner Excess Legal Fees | 1229-000 | 3,923.52 | | 3,923.52 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,913.52 |
| 02/02/17 | 101 | International Sureties LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2017 FOR CASE #15-23330-WB, Bond No. 016030866 | 2300-000 | | 1.92 | 3,911.60 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,901.60 |
| 03/23/17 | | A & A Escrow Services Inc. | Sale of real property | | 283,140.56 | | 287,042.16 |
| | {1} | | Sale of real property     2,201,910.85 | 1110-000 | | | 287,042.16 |
| | | First General Bank | Payment to secured     -1,440,935.91 creditor | 4110-000 | | | 287,042.16 |
| | | First General Bank | Secured payoff     -49,428.36 | 4110-000 | | | 287,042.16 |
| | | First General Bank | Secured payoff     -62,136.99 | 4110-000 | | | 287,042.16 |
| | | Alex Ghafouri | Secured payoff     -251,086.14 | 4120-000 | | | 287,042.16 |
| | | | Commission- Centruy 21     -66,000.00 Magic | 3510-000 | | | 287,042.16 |
| | | Owner Title Insurance | Owner Title Insurance     -3,430.00 | 2500-000 | | | 287,042.16 |
| | | Messenger fee | Messenger fee     -45.00 | 2500-000 | | | 287,042.16 |
| | | Sub escrow fee | Sub escrow fee     -62.50 | 2500-000 | | | 287,042.16 |
| | | Wire fee | Wire fee     -15.00 | 2500-000 | | | 287,042.16 |
| | | Recording order fee | Recording order fee     -33.00 | 2500-000 | | | 287,042.16 |
| | | Recording sub and recons (3) | Recording sub and     -168.00 recons (3) | 2500-000 | | | 287,042.16 |
| | | Transfer Tax | Transfer Tax     -2,420.00 | 2500-000 | | | 287,042.16 |
| | | Defaulted taxes good through November | Defaulted taxes good     -32,239.14 through November | 2820-000 | | | 287,042.16 |
| | | 1st half 2016-2017- Tax collector | 1st half 2016-2017- Tax     -7,817.12 collector | 2820-000 | | | 287,042.16 |
| | | 1099 Processing | 1099 Processing     -75.00 | 2500-000 | | | 287,042.16 |
| | | Drawing document fee | Drawing document fee     -75.00 | 2500-000 | | | 287,042.16 |
| | | Messenger/Fedex fee | Messenger/Fedex fee     -24.13 | 2500-000 | | | 287,042.16 |
| | | File archive fee | File archive fee     -29.00 | 2500-000 | | | 287,042.16 |
| | | Escrow fee | Escrow fee     -2,750.00 | 2500-000 | | | 287,042.16 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.82 | 286,941.34 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 385.20 | 286,556.14 |
| 05/23/17 | 102 | Franchise Tax Board | EOD 5/23/17- Taxes Due  2014-2016 Tax ID 20-1208330 | 2820-000 | | 7,515.00 | 279,041.14 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 453.38 | 278,587.76 |

Subtotals :    $287,064.08    $8,476.32

{} Asset reference(s)

Printed: 05/16/2018 02:50 PM    V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 2:15-bk-23330-WB  
**Case Name:** IDINER ENTERPRISES, LLC  

**Taxpayer ID #:** **-***8330  
**Period Ending:** 05/16/18  

**Trustee:** David M. Goodrich (001790)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 408.27 | 278,179.49 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 386.78 | 277,792.71 |
| 12/21/17 | 103 | LEA Accountancy, LLP | EOD 12/19/2017- Accountant fees | 3310-000 | | 8,645.50 | 269,147.21 |
| 12/21/17 | 104 | Sulmeyer Kuptez | EOD 12/19/2017- Attorney fees | 3110-000 | | 39,746.00 | 229,401.21 |
| 12/21/17 | 105 | LEA Accountancy, LLP | EOD 12/19/2017- Accountant expenses | 3420-000 | | 292.47 | 229,108.74 |
| 12/21/17 | 106 | Sulmeyer Kuptez | EOD 12/19/2017 - Attorney expenses | 3120-000 | | 136.89 | 228,971.85 |
| 12/21/17 | 107 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | EOD 12/19/2017- Admin tax claim | 2820-000 | | 1,706.08 | 227,265.77 |
| 12/21/17 | 108 | FRANCHISE TAX BOARD | EOD-12/19/2017- Priority tax claim paid at 100% | 5800-000 | | 1,642.09 | 225,623.68 |
| 12/21/17 | 109 | Internal Revenue Service | EOD-12/19/2017- unsecured claim paid at 100% | 7100-000 | | 7,690.06 | 217,933.62 |
| 12/21/17 | 110 | FRANCHISE TAX BOARD | EOD-12/19/2017- unsecured claim paid at 100% | 7100-000 | | 390.13 | 217,543.49 |
| 12/21/17 | 111 | Alex Ghafouri | EOD-12/19/2017- unsecured claim paid at 100% | 7100-000 | | 15,420.72 | 202,122.77 |
| 12/21/17 | 112 | Alex Ghafouri | EOD-12/19/2017- unsecured claim paid at 100% | 7100-000 | | 78,233.20 | 123,889.57 |
| 12/21/17 | 113 | EUFEMIA GUITERREZ | EOD-12/19/2017- Tardy unsecured claim paid at 9.5% | 7200-000 | | 736.31 | 123,153.26 |
| 12/21/17 | 114 | Idelsis Geldhof aka Idelsis Sanchez | EOD-12/19/2017- Tardy unsecured claim paid at 9.5% Stopped on 03/27/18 | 7200-000 | | 10,998.95 | 112,154.31 |
| 12/21/17 | 115 | Narciso I Sanchez | EOD-12/19/2017- Tardy unsecured claim paid at 9.5% | 7200-000 | | 18,939.08 | 93,215.23 |
| 12/21/17 | 116 | Miguel Rascon | EOD-12/19/2017- Tardy unsecured claim paid at 9.5% | 7200-000 | | 1,894.00 | 91,321.23 |
| 12/21/17 | 117 | Luz Minelba Aceveda-Castro | EOD-12/19/2017- Tardy unsecured claim paid at 9.5% | 7200-000 | | 1,420.50 | 89,900.73 |
| 12/21/17 | 118 | David M. Goodrich | EOD 12/19/2017- Trustee fee and expenses | | | 89,900.73 | 0.00 |
| | | | Dividend paid 100.00%    89,425.03 on $89,425.03;  Claim# ; Filed: $89,425.03 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    475.70 on $475.70;  Claim# ; Filed: $475.70 | 2200-000 | | | 0.00 |
| 03/27/18 | 114 | Idelsis Geldhof aka Idelsis Sanchez | EOD-12/19/2017- Tardy unsecured claim paid at 9.5% | 7200-000 | | -10,998.95 | 10,998.95 |

Subtotals :         $0.00         $267,588.81

{} Asset reference(s)

Printed: 05/16/2018 02:50 PM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 2:15-bk-23330-WB
**Case Name:** IDINER ENTERPRISES, LLC

**Taxpayer ID #:** **-***8330
**Period Ending:** 05/16/18

**Trustee:** David M. Goodrich (001790)
**Bank Name:** Rabobank, N.A.
**Account:** ******2766 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 12/21/17 | | | | |
| 03/27/18 | 119 | Idelsis Geldhof aka Idelsis Sanchez | | 7200-000 | | 10,998.95 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 287,064.08 | 287,064.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 287,064.08 | 287,064.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$287,064.08** | **$287,064.08** | |

| | |
|---:|---:|
| Net Receipts : | 287,064.08 |
| Plus Gross Adjustments : | 1,918,770.29 |
| Net Estate : | $2,205,834.37 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2766** | 287,064.08 | 287,064.08 | 0.00 |
| | **$287,064.08** | **$287,064.08** | **$0.00** |

{} Asset reference(s)

Printed: 05/16/2018 02:50 PM    V.13.32